Charles D. Timms, Appellant, v. Joseph Hopp, Appellee.

Gen. No. 23,776.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HUGH R. STEWART, Judge, presiding. Heard in this court at the October term, 1917. Reversed and judgment here. Opinion filed April 29, 1918. Rehearing denied May 13, 1918.

## Statement of the Case.

Action by Charles D. Timms, plaintiff, against Joseph Hopp, defendant, to recover on an agreement to repurchase certain stock sold by a corporation to plaintiff. From a judgment for defendant, plaintiff appeals.

The decision herein is controlled by that in *Hills v. Hopp, ante,* p. 365.

FREDERICK A. BANGS, for appellant; RICHARD H. COLBY, of counsel.

GROSSBERG & HAFFENBERG, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.